**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Axon Enterprise Incorporated, | No. CV-20-00014-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Trade Commission, et al., | |
| Defendants. | |

On March 4, 2020, the Court granted Plaintiff Axon Enterprise Incorporated's ("Axon") motion to expedite consideration of its motion for a preliminary injunction. (Doc. 24.) When granting that motion, the Court noted that Defendant Federal Trade Commission ("FTC") had raised "serious questions about whether the Court possesses subject matter jurisdiction" to hear this case. (*Id.* at 2.) To that end, the Court set a hearing for April 1, 2020, "limited to the issue of subject matter jurisdiction." (*Id.*)

Now pending before the Court is the FTC's motion for an extension of time to file a responsive pleading. (Doc. 25.) The FTC states that it is planning "on filing a motion to dismiss based, in part, on the same jurisdictional grounds already before the Court" and argues that an extension would "spare the parties and the Court from duplicative and potentially unnecessary briefing." (*Id.* at 2.) Axon opposes the motion, arguing that an extension would be inequitable given that it was denied an extension in the parallel administrative proceeding. (Doc. 26.) The FTC has filed a reply (Doc. 27) and also requested expedited consideration of its motion to extend (Doc. 28).

Earlier today, the Court issued a tentative order on the jurisdictional issue. That order concludes the Court lacks subject matter jurisdiction to adjudicate Axon's case. To be clear, the Court has not made a final determination, but it would be pointless to ask the FTC to brief an issue (subject matter jurisdiction) the Court has already fully considered. Further, if the Court's position remains unchanged after the April 1 hearing, there would be no need for any further briefing.

Accordingly, **IT IS ORDERED** that the FTC's motion for expedited consideration (Doc. 28) is **granted**.

**IT IS FURTHER ORDERED** that the FTC's motion for an extension of time to file a responsive pleading (Doc. 25) is **granted**. If such a pleading is necessary, the FTC will have 14 days from the date the Court enters its order on the jurisdictional question.

Dated this 10th day of March, 2020.

_____
Dominic W. Lanza
United States District Judge