**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Axon Enterprise, Inc., | No. 2:20-cv-00014-PHX-DWL |
| *Plaintiff* | |
| v. | |
| Federal Trade Commission, et al., | **[PROPOSED] ORDER** |
| *Defendants* | |

The Court having considered the Unopposed Motion of the New Civil Liberties Alliance for Leave to File a Brief Amicus Curiae in Support of Plaintiff, and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter on the docket as duly filed the lodged Amicus Brief of the New Civil Liberties Alliance in Support of Plaintiff.

_____
United States District Judge