# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Axon Enterprise Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Federal Trade Commission, et al.,<br><br>        Defendants. | NO. CV-20-00014-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 8, 2020, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                        Debra D. Lucas
                                        Acting District Court Executive/Clerk of Court

April 8, 2020

                                        s/ G. Puraty
                                By  Deputy Clerk