Pamela B. Petersen
Arizona Bar No. 011512
**Axon Enterprise, Inc.**
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Facsimile: (480) 905-2027
ppetersen@axon.com
Secondary: legal@axon.com

Garret G. Rasmussen
Antony P. Kim
Jonathan A. Direnfeld
Thomas Fu
**Orrick, Herrington & Sutcliffe LLP**
1152 Fifteenth Street N.W.
Washington D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
grasmussen@orrick.com
akim@orrick.com
jdirenfeld@orrick.com
tfu@orrick.com

*Attorneys for Plaintiff Axon Enterprise, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Axon Enterprise, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Federal Trade Commission, et al., <br><br> Defendants. | No. 2:20-cv-00014-PHX-DWL <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT, Plaintiff Axon Enterprise, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit, the District Court's

Order (Doc. 41) and the Judgment of Dismissal (Doc. 42) entered thereupon in this action on April 8, 2020.

Dated: April 13, 2020

Respectfully submitted,

/s/ *Pam Petersen*
Pamela B. Petersen
Arizona Bar No. 011512
**Axon Enterprise, Inc.**
17800 N. 85th Street
Scottsdale, AZ 85255-9603
Telephone: (623) 326-6016
Facsimile: (480) 905-2027
ppetersen@axon.com
Secondary: legal@axon.com


Garret G. Rasmussen (*pro hac vice*)
Antony P. Kim (*pro hac vice*)
Jonathan A. Direnfeld (*pro hac vice*)
Thomas Fu (*pro hac vice*)
**Orrick, Herrington & Sutcliffe LLP**
1152 Fifteenth Street N.W.
Washington D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
grasmussen@orrick.com
akim@orrick.com
jdirenfeld@orrick.com
tfu@orrick.com

*Attorneys for Plaintiff Axon Enterprise, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF system upon all counsel of record in the above-captioned case.

/s/ Pam Petersen