# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Axon Enterprise Incorporated, | No. CV-20-00014-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Trade Commission, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 62).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions are denied as moot.

Dated this 10th day of October, 2023.

Dominic W. Lanza
United States District Judge